Daniel B. Ravicher, (application to appear pro hac
vice submitted concurrently herewith)
dan@zeisler-law.com
ZEISLER PLLC
80 SW 8th St., Ste 3110
Miami, FL 33130
Tel: (786) 505-1205
Attorney for Petitioner PDF SOLUTIONS, INC

# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

PDF SOLUTIONS, INC.,
                    Petitioner,
v.

SMIC NEW TECHNOLOGY RESEARCH &
DEVELOPMENT (SHANGHAI) CORPORATION,
etc.,
                    Respondent.

Case No.:  5:26-cv-279

## PROOF OF SERVICE

I, David C. Newman, declare:

I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity. I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California.

The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

I delivered a copy of the following documents: *Summons & Petition to Confirm Arbitration Award; Administrative Motion to Temporarily File Under Seal; Order Setting Initial Case Management Conference and ADR Deadlines; Civil and Discovery Referral Matters Standing Order Magistrate Judge Susan Van Keulen Updated February 2026; Civil Pretrial Standing Order Magistrate Judge Susan Van Keulen Updated February 2026; Settlement Standing Order Magistrate Judge Susan Van Keulen Updated February 2026; Standing Order for All Judges of the Northern District of California; Contents of Joint Case Management Statement* to:

**PARTY SERVED:** | **SMIC New Technology Research & Development (Shanghai) Corporation**

**ADDRESS:** | **1732 N. First St., Ste. 200, San Jose, CA  95112**

**DATE/ TIME:** | April 8, 2026 <br> 2:39 PM | **MANNER OF SERVICE:** | ☒ substituted service pursuant to FRCivP4(e) and CCP 415.20(a)

by serving Xu Liu, AFS for SMIC, Americas by delivery to Serina M., who stated she was authorized to accept service. See attached service by mail.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and this declaration is executed on April 13, 2026 at San Francisco, California.

*Attorney Service of San Francisco*
*P.O. Box 460038*
*San Francisco, CA  94146*
*415/295-4221*

David C. Newman, RPS: Santa Clara #1889

# PROOF OF SERVICE

# PROOF OF SERVICE BY MAIL

I, Tony Klein, say:

I am the owner of Attorney Service of San Francisco, and a California Registered Process Server, San Francisco #21.  My business address is P.O. Box 460038, San Francisco, California

I am over the age of 18 years and not a party to the action.

The documents referenced in item 2 of the accompanying Proof of Service of Summons were deposited with the US Postal Service in San Francisco, CA on April 10, 2026 in the ordinary course of business to the defendant **SMIC NEW TECHNOLOGY RESEARCH & DEVELOPMENT (SHANGHAI) CORPORATION** and addressed as follows:

**XI LIU, CEO/Agent for Service**
**SMIC NEW TECHNOLOGY RESEARCH & DEVELOPMENT (SHANGHAI) CORPORATION**
**1732 No. First St., Ste. 200**
**San Jose, CA 95112-4518**

I declare under penalty of perjury under the laws of the United States State of America that the foregoing is true and correct.

Executed on April 10, 2026 at San Francisco, California.

_____
Tony Klein

 **UNITED STATES POSTAL SERVICE®**   **Click-N-Ship®**

 **P**

usps.com
$18.45
US POSTAGE

9405 5301 0935 5341 8284 83 0184 5001 0409 5112

 U.S. POSTAGE PAID
Click-N-Ship®



04/10/2026
1 lb 4 oz

Mailed from 94146   675202402397252

## PRIORITY MAIL®

ATTORNEY SERVICE OF SAN FRANCISCO
TONY KLEIN
PO BOX 460038
SAN FRANCISCO CA 94146-0038

Created 2026-04-10
Medium Flat Rate Box
**RDC 03**

**C030**



SMIC NEW TECHNOLOGY RESEARCH & DEVELOPMENT
XU LIU, CEO/AGENT FOR SERVICE (Shanghai) Corporation
STE 200
1732 N 1ST ST
SAN JOSE CA 95112-4518

### USPS TRACKING #



**9405 5301 0935 5341 8284 83**



# Instructions

1. Please use a laser or laser-quality printer.

2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.

3. Place label so that it does not wrap around the edge of the package.

4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.

5. Please use this shipping label on the "ship date" selected when you requested the label.

6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

---

**9405 5301 0935 5341 8284 83**

| | |
|---|---|
| Print Date: 2026-04-10 | |
| Ship Date: 2026-04-10 | |

| PRIORITY MAIL® | $18.45 |
|---|---|
| Extra Services: | $0.00 |
| Fees: | $0.00 |
| Total: | $18.45 |

**From:**  ATTORNEY SERVICE OF SAN FRANCISCO
TONY KLEIN
PO BOX 460038
SAN FRANCISCO CA 94146-0038

**To:**  SMIC NEW TECHNOLOGY RESEARCH & DEVELO
XU LIU, CEO/AGENT FOR SERVICE
STE 200
1732 N 1ST ST
SAN JOSE CA 95112-4518

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

---

 **UNITED STATES POSTAL SERVICE.**  *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*