John E. Schreiber (SBN: 261558)
JSchreiber@winston.com
Brandon W. Annette (SBN: 339385)
BAnnette@winston.com
WINSTON & STRAWN LLP
333 S. Grand Ave.
Los Angeles, CA 90071-1543
Telephone:    +1 213-615-1700
Facsimile:    +1 213-615-1750

*Attorneys for Specially Appearing Respondent*
*SMIC NEW TECHNOLOGY RESEARCH &*
*DEVELOPMENT (SHANGHAI) CORPORATION*

Daniel B. Ravicher (*pro hac vice pending*)
dan@zeisler-law.com
**ZEISLER PLLC**
80 SW 8th St., Ste 3110
Miami, FL 33130
Tel: (786) 505-1205

Sumana C. Wolf (SBN: 267967)
sumana@zeisler-law.com
**ZEISLER PLLC**
524 Lorraine Blvd
Los Angeles, CA 90020
Tel: (310) 871-3383

*Attorneys for Petitioner*
*PDF SOLUTIONS, INC.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PDF SOLUTIONS, INC.,<br><br>Petitioner,<br><br>v.<br><br>SMIC NEW TECHNOLOGY RESEARCH & DEVELOPMENT (SHANGHAI) CORPORATION F/K/A SMIC ADVANCED TECHNOLOGY RESEARCH & DEVELOPMENT (SHANGHAI) CORP.,<br><br>Respondent. | **Case No. 5:26-cv-2796**<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND TIME TO RESPOND TO THE PETITION (L.R. 6-1)**<br><br>Complaint Filed:    March 31, 2026<br>Trial Date:    None Set<br>Assigned to:    Hon. Susan van Keulen |

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PETITION (L.R. 6-1)

CASE NO. 5:26-cv-2796

## JOINT STIPULATION

WHEREAS, on March 31, 2026, Petitioner PDF Solutions, Inc. ("Petitioner") filed its Petition to Confirm Arbitration Award in this matter (the "Petition") against Specially Appearing Respondent SMIC New Technology Research & Development (Shanghai) Corporation F/K/A SMIC Advanced Technology Research & Development (Shanghai) Corp. ("SMIC New Technology" or "Specially Appearing Respondent");

WHEREAS, on April 14, 2026, the Court ordered Specially Appearing Respondent to respond to the Petition by April 29, 2026;

WHEREAS, Petitioner and Specially Appearing Respondent agree that for reasons of judicial efficiency and economy, conservation of time and resources, and orderly management of this action, Specially Appearing Respondent shall have an additional 30 days to respond to the Petition;

WHEREAS, Specially Appearing Respondent has not sought any prior extension of time to respond to the Petition, and the proposed schedule below will not later the date of any event or deadline already fixed by Court order (*see* L.R. 6-1(a)).

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and among Petitioner and Specially Appearing Respondent and subject to Court approval, as follows:

1. The deadline for Specially Appearing Respondent to file a special appearance, respond to the Petition, and/or file any motions available to it, shall be Friday, May 29, 2026;

2. Nothing herein shall be deemed to constitute a waiver of, and Petitioner and Specially Appearing Respondent do not waive and expressly preserve, all arguments and defenses in the above-captioned action, including, but not limited to, defenses related to improper service, personal jurisdiction, venue, or the right to seek a transfer of this action, pursuant to any applicable rule or statute.

**IT IS SO STIPULATED.**

Dated:  April 21, 2026            **WINSTON & STRAWN LLP**


By: */s/ John E. Schreiber*
    John E. Schreiber

*Attorney for Specially Appearing Respondent
SMIC NEW TECHNOLOGY RESEARCH &
DEVELOPMENT (SHANGHAI) CORPORATION*


Dated:  April 21, 2026            **ZEISLER PLLC**


By: */s/ Daniel B. Ravicher*
    Daniel B. Ravicher

*Attorney for Petitioner
PDF SOLUTIONS, INC*

**ECF ATTESTATION**

I, John E. Schreiber, attest that all other signatories listed and on whose behalf the filing is submitted concur in the filing's content and have authorized the e-filing of the foregoing document, in compliance with Local Rule 5-1(i)(3).

By: /s/ John E. Schreiber
John E. Schreiber

<strong>[PROPOSED] ORDER</strong>

Pursuant to the above Stipulation, with good cause appearing, the Stipulation and Specially Appearing Respondent's extension to respond is **GRANTED**.  It is hereby **ORDERED** that:

1.  The deadline for Specially Appearing Respondent to respond to the Petition and/or file any motions available to it shall be May 29, 2026.

**IT IS SO ORDERED.**

Dated:   April 22, 2026

_____
Hon. Susan van Keulen
United States Magistrate Judge