John E. Schreiber (SBN: 261558)
JSchreiber@winston.com
Brandon W. Annette (SBN: 339385)
BAnnette@winston.com
WINSTON & STRAWN LLP
333 S. Grand Ave.
Los Angeles, CA 90071-1543

Telephone:    +1 213-615-1700

Facsimile:    +1 213-615-1750

*Attorneys for Specially Appearing Respondent*
*SMIC NEW TECHNOLOGY RESEARCH &*
*DEVELOPMENT (SHANGHAI) CORPORATION*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| PDF SOLUTIONS, INC., <br><br> Petitioner, <br><br> v. <br><br> SMIC NEW TECHNOLOGY RESEARCH & DEVELOPMENT (SHANGHAI) CORPORATION F/K/A SMIC ADVANCED TECHNOLOGY RESEARCH & DEVELOPMENT (SHANGHAI) CORP., <br><br> Respondent. | **Case No. 5:26-cv-2796** <br><br> **DECLARATION OF BIN YE IN SUPPORT OF SPECIALLY APPEARING RESPONDENT SMIC NEW TECHNOLOGY'S MOTION TO DISMISS** <br><br> Assigned to:    Eumi K. Lee <br><br> Complaint Filed:    March 31, 2026 <br> Trial Date:    None Set <br> Assigned to: |

## DECLARATION OF BIN YE

I, BIN YE, declare as follows:

1.      I, BIN YE, now serving as the Vice President of SMIC group, was the Senior Director of SMIC New Technology Research & Development (Shanghai) Corporation F/K/A SMIC Advanced Technology Research & Development (Shanghai) Corp. ("SMIC New Technology"), and was involved in the arbitration regarding the dispute between SMIC New Technology and Petitioner. I am making this declaration based on my personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein under oath.

2.      The disputed testing and data analysis services provided by Petitioner under the 2016 Agreement were all performed in Shanghai, at SMIC New Technology facilities.  To my knowledge, no testing and data analysis services provided under the parties' agreements were performed in California.

3.      I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on the 29 of May, 2026, at Shanghai, China.

*Bin Ye*

BIN YE

**ECF ATTESTATION**

I, John E. Schreiber, attest that all other signatories listed and on whose behalf the filing is submitted concur in the filing's content and have authorized the e-filing of the foregoing document, in compliance with Local Rule 5-1(i)(3).

By: */s/ John E. Schreiber*
John E. Schreiber
