**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PDF SOLUTIONS, INC.,<br><br>                    Petitioner,<br><br>     v.<br><br>SMIC NEW TECHNOLOGY RESEARCH & DEVELOPMENT (SHANGHAI) CORPORATION F/K/A SMIC ADVANCED TECHNOLOGY RESEARCH & DEVELOPMENT (SHANGHAI) CORP.,<br><br>                    Respondent. | **Case No. 5:26-cv-2796**<br><br>**SPECIALLY APPEARING RESPONDENT SMIC NEW TECHNOLOGY RESEARCH & DEVELOPMENT (SHANGHAI) CORPORATION'S MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Hon. Eumi K. Lee |

**[PROPOSED] ORDER**

The Court, having considered Specially Appearing Respondent SMIC New Technology Research & Development (Shanghai) Corporation's (SMIC New Technology) Motion to Dismiss Petitioner's Petition to Confirm Arbitration Award, the pleadings, papers filed in support of and in response to the Motion, the documents and records in the Court's file, and argument of counsel, and good cause having been shown,

IT IS HEREBY ORDERED THAT the Motion is GRANTED and the action is dismissed without leave to amend.

**IT IS SO ORDERED.**

Dated: _____          _____

                                                        Hon. Eumi K. Lee
                                                        United States District Judge