John E. Schreiber (SBN: 261558)
JSchreiber@winstontaylor.com
Brandon W. Annette (SBN: 339385)
BAnnette@winstontaylor.com
**WINSTON TAYLOR LLP**
333 S. Grand Ave.
Los Angeles, CA 90071-1543
Telephone:    +1 213-615-1700
Facsimile:    +1 213-615-1750

*Attorneys for Specially Appearing Respondent
SMIC NEW TECHNOLOGY RESEARCH &
DEVELOPMENT (SHANGHAI) CORPORATION*

Daniel B. Ravicher (*pro hac vice pending*)
dan@zeisler-law.com
**ZEISLER PLLC**
80 SW 8th St., Ste 3110
Miami, FL 33130
Tel: (786) 505-1205

Sumana C. Wolf (SBN: 267967)
sumana@zeisler-law.com
**ZEISLER PLLC**
524 Lorraine Blvd
Los Angeles, CA 90020
Tel: (310) 871-3383

*Attorneys for Petitioner
PDF SOLUTIONS, INC.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PDF SOLUTIONS, INC.,<br><br>    Petitioner,<br><br> v.<br><br>SMIC NEW TECHNOLOGY RESEARCH & DEVELOPMENT (SHANGHAI) CORPORATION F/K/A SMIC ADVANCED TECHNOLOGY RESEARCH & DEVELOPMENT (SHANGHAI) CORP.,<br><br>    Respondent. | **Case No. 5:26-cv-2796**<br><br>**JOINT STIPULATION AND [~~PROPOSE~~D] ORDER BETWEEN PETITIONER AND SPECIALLY APPEARING RESPONDENT TO SET A COORDINATED BRIEFING SCHEDULE  (L.R. 6–2)**<br><br>AS MODIFIED<br><br>Petition Filed:  March 31, 2026<br>Trial Date:   None Set<br>Assigned to:   Hon. Eumi K. Lee |

JOINT STIPULATION TO SET BRIEFING SCHEDULE (L.R. 6–2)

CASE NO. 5:26-cv-2796

## JOINT STIPULATION

Petitioner PDF Solutions, Inc. ("Petitioner") and Specially Appearing Respondent SMIC New Technology Research & Development (Shanghai) Corporation F/K/A SMIC Advanced Technology Research & Development (Shanghai) Corp. ("Specially Appearing Respondent," collectively the "Parties"), by and through their undersigned counsel, respectfully submit this joint stipulation concerning a proposed coordinated briefing schedule on Specially Appearing Respondent's Motion to Dismiss;

WHEREAS, on March 31, 2026, Petitioner filed its Petition to Confirm Arbitration Award in this matter (the "Petition") against Specially Appearing Respondent;

WHEREAS, on May 29, 2026, Specially Appearing Respondent filed its Motion to Dismiss (the "Motion") for ineffective service and lack of personal jurisdiction;

WHEREAS, the Court is scheduled to hear the Motion on August 26, 2026 at 10:00 am;

WHEREAS, Petitioner and Specially Appearing Respondent have conferred and agree that for reasons of judicial efficiency and economy, conservation of time and resources, and orderly management of this action, the Parties shall respond to the Motion on a coordinated schedule;

WHEREAS, the Parties have not sought any prior extension of time to respond to the Motion, and the proposed schedule below will not later the date of any event or deadline already fixed by Court order;

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and among Petitioner and Specially Appearing Respondent, subject to Court approval, as follows:

1. Petitioner shall file its opposition to the Motion by Wednesday, July 15, 2026;

2. Specially Appearing Respondent shall file its reply in further support of the Motion by Wednesday, August 12, 2026;

**IT IS SO STIPULATED.**

Dated:  June 2, 2026                          **WINSTON TAYLOR LLP**


By: */s/ John E. Schreiber*
         John E. Schreiber

*Attorney for Specially Appearing Respondent
SMIC NEW TECHNOLOGY RESEARCH &
DEVELOPMENT (SHANGHAI) CORPORATION*


Dated:  June 2, 2026                          **ZEISLER PLLC**


By: */s/ Daniel B. Ravicher*
         Daniel B. Ravicher

*Attorney for Petitioner
PDF SOLUTIONS, INC*

**ECF ATTESTATION**

I, John E. Schreiber, attest that all other signatories listed and on whose behalf the filing is submitted concur in the filing's content and have authorized the e-filing of the foregoing document, in compliance with Local Rule 5-1(i)(3).

By: */s/ John E. Schreiber*
John E. Schreiber

# [~~PROPOSED~~] ORDER

Pursuant to the above Stipulation, with good cause appearing, the Stipulation and the Parties' proposed briefing schedule is **GRANTED**. It is hereby **ORDERED** that:

1. Petitioner shall file its opposition to the Motion to Dismiss filed by Specially Appearing Respondent by ~~July 15, 2026~~; July 8, 2026;

2. Specially Appearing Respondent shall file its reply in further support of its Motion to Dismiss by ~~August 12, 2026~~; July 29, 2026.

**IT IS SO ORDERED.**

Dated: _____June 4, 2026_____

_____
Hon. Eumi K. Lee
United States District Court Judge