John E. Schreiber (SBN: 261558)
John.Schreiber@winstontaylor.com
Brandon W. Annette (SBN: 339385)
Brandon.Annette@winstontaylor.com
Megan K. Arian (SBN: 358584)
Megan.Arian@winstontaylor.com
**WINSTON TAYLOR LLP**
333 S. Grand Ave.
Los Angeles, CA 90071-1543
Telephone: +1 213-615-1700
Facsimile: +1 213-615-1750

*Attorneys for Specially Appearing Respondent SMIC NEW TECHNOLOGY RESEARCH & DEVELOPMENT (SHANGHAI) CORPORATION*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PDF SOLUTIONS, INC.,<br><br>Petitioner,<br><br>v.<br><br>SMIC NEW TECHNOLOGY RESEARCH & DEVELOPMENT (SHANGHAI) CORPORATION,<br><br>Respondent. | **Case No. 5:26-cv-2796**<br><br>**DECLARATION OF JOHN E. SCHREIBER IN SUPPORT OF SPECIALLY APPEARING RESPONDENT SMIC NEW TECHNOLOGY RESEARCH AND DEVELOPMENT (SHANGHAI) CORPORATION'S CIVIL L.R. 7-11 ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Assigned to: Judge Eumi K. Lee<br><br>Courtroom: 7<br><br>Petition Filed: March 31, 2026<br><br>Trial Date: None Set |

**DECLARATION OF JOHN E. SCHREIBER**

I, John E. Schreiber, declare as follows:

1. I am a partner at the law firm Winston Taylor LLP and counsel of record for Specially Appearing Respondent SMIC New Technology Research & Development (Shanghai) Corporation F/K/A SMIC Advanced Technology Research & Development (Shanghai) Corp. ("SMIC New Technology") in the above-captioned action. I am a member in good standing of the State Bars of California and New York and am admitted to this Court. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I submit this declaration in support of Specially Appearing Respondent SMIC New Technology's Civil L.R. 7-11 Administrative Motion to File Under Seal (Dkt. No. 45) certain portions of Exhibit 1 to the Petition to Confirm Arbitration Award (Dkt. No. 1-1) filed by Petitioner PDF Solutions, Inc. ("PDF") ("Exhibit 1 to the Petition").

3. I have reviewed Exhibit 1 to the Petition, which contains confidential and competitively sensitive information about SMIC New Technology's business, as well as personal attacks on the then co-CEO and legal counsel to SMIC New Technology and its parent company that could be improperly used to promote public scandal and circulate libelous statements. Because their public disclosure would unfairly harm SMIC New Technology, the portions of Exhibit 1 to the Petition that I identify below should be filed under seal.

4. Attached to this Declaration is a sealed version of Exhibit 1 to the Petition. The information SMIC New Technology requests to be redacted and remain sealed is highlighted in yellow.

**<u>SMIC New Technology's Confidential Information</u>**

5. The portions of Exhibit 1 to the Petition that SMIC New Technology seeks to seal contain competitively sensitive information, including descriptions of SMIC New Technology's pricing terms and confidential financial performance and projection information.

6. To my understanding, public disclosure of this information would put SMIC New Technology at a competitive and business disadvantage and would harm SMIC New Technology's

business interests by revealing the character and scope of its most valuable proprietary assets, which are not generally known to the public or competitors.

**<u>Improper Use of Court Files as a Vehicle for Public Scandal</u>**

7. The portions of Exhibit 1 to the Petition that SMIC New Technology seeks to seal also contain information that can be improperly used to promote public scandal and circulate libelous statements, in the form of personal attacks on certain officers and high-ranking employees of SMIC New Technology and its parent company that are not necessary for the adjudication of the issues before the Court.

8. Redacting only the specific portions of the documents that contain these character attacks is the least restrictive means of protecting certain of SMIC New Technology's employees from them, while still allowing the public to understand the substance of the proceedings.

9. Additionally, Exhibit 1 to the Petition, which is a copy of the November 12, 2025 Final Arbitration Award, is protected from disclosure by Article 45.1 of the 2018 HKIAC Arbitration Rules, which generally prohibits disclosing arbitration information or awards.

10. On September 9, 2026, counsel for PDF and counsel for SMIC New Technology met and conferred regarding SMIC New Technology's Motion to File Under Seal. During that meeting, Petitioner's counsel advised counsel for SMIC New Technology that Petitioner did not agree to stipulate to the sealing of Exhibit 1 to the Petition.

11. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on the 10th of September, 2026, at Los Angeles, California.

By: <u>*/s/ John E. Schreiber*</u>
John E. Schreiber