**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PDF SOLUTIONS, INC.,<br>Petitioner,<br>v.<br>SMIC NEW TECHNOLOGY RESEARCH & DEVELOPMENT (SHANGHAI) CORPORATION,<br>Respondent. | **Case No. 5:26-cv-2796**<br>**[PROPOSED] ORDER GRANTING SPECIALLY APPEARING RESPONDENT'S CIVIL L.R. 7-11 ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br>Honorable Eumi K. Lee |

**[PROPOSED] ORDER**

Pursuant to Civil Local Rules 7-11 and 79-5 of the United States District Court for the Northern District of California, the Court hereby **GRANTS** the Administrative Motion to Seal filed by Specially Appearing Respondent SMIC New Technology Research & Development (Shanghai) Corporation F/K/A SMIC Advanced Technology Research & Development (Shanghai) Corp. ("SMIC New Technology").

Accordingly, the Court hereby **ORDERS** that the Clerk shall file Exhibit 1 to the Petition to Confirm Arbitration Award filed by Petitioner PDF Solutions, Inc. under seal in accordance with the proposed redactions made by SMIC New Technology in its Administrative Motion to Seal.

**IT IS SO ORDERED.**

Dated: ______________________

______________________________
Hon. Eumi K. Lee
United States District Judge