United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PDF SOLUTIONS, INC.,

Plaintiff,

v.

SMIC NEW TECHNOLOGY RESEARCH & DEVELOPMENT (SHANGHAI) CORPORATION,

Defendant.

Case No. 26-cv-02796-EKL

**ORDER CONTINUING HEARING AND CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 51

Having reviewed the parties' joint status report, ECF No. 51, the Court ORDERS as follows:

1. The parties shall file a further joint status report within five business days following the issuance of the Hong Kong Court's ruling, or by January 27, 2027, whichever comes first. The status report shall attach a copy of the Hong Kong Court's ruling if it has issued.
2. The December 9, 2026, hearing on Respondent's motion to dismiss and the February 3, 2027, initial case management conference are both CONTINUED to February 10, 2027. A joint case management statement is due by January 27, 2027.

**IT IS SO ORDERED.**

Dated: November 25, 2026

EUMI K. LEE
United States District Judge